**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert L. Miller, Jr, | No. CV-22-02172-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Ascenda USA Incorporated, *et al.*, | |
| Defendants. | |

At issue is the service of process on Defendants Ascenda USA dba 24/7 InTouch, Marc Lloyd, and Greg Fettes on behalf of *pro se* Plaintiff Robert L. Miller. (*See* Doc. 43.)

The General Counsel of the Province of Manitoba has informed the Court of the following:

> Based on the [ ] Manitoba Companies Office online database search that has been conducted, it reveals a registration for a corporation described as "IntouchCX Inc.", formerly known as "24-7 InTouch Inc.", having the same address as that which you identified in your Request documents. The Manitoba Companies Office search also identifies two director/officers and two officers of IntouchCX Inc. residing in Manitoba. Please confirm to us by return that we may proceed towards service upon "IntouchCX Inc." as described above, or let us know otherwise.

Plaintiff shall therefore inform the Court whether service of process on IntouchCX Inc. shall be completed in place of the named Defendant, Ascenda USA dba 24/7 InTouch.

**IT IS THEREFORE ORDERED** that, by **August 25, 3023**, Plaintiff shall file a Notice with the Court advising whether service of process shall be completed on IntouchCX Inc. in place of the named Defendant, Ascenda USA dba 24/7 InTouch.

Dated this 16th day of August, 2023.

_____
Honorable John J. Tuchi
United States District Judge